UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH,<br>  aka TAHEE ABD'RASHEED,<br><br>            Petitioner,<br><br>     vs.<br>SCRIBNER, WARDEN, et al.,<br><br>            Respondent.<br>_____/ | CIV-F-04-5352 AWI DLB HC<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS<br><br>[Doc. 39] |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On January 25, 2005, Petitioner filed a motion requesting use of the law library in the Fresno federal building, specifically asking the court to detail the duration and manner of his access. Doc. 37.

On February 8, 2005, the Magistrate Judge issued a Findings and Recommendation ("F&R") that Petitioner's motion for access to library be DENIED. Doc. 39. The F&R was served on all parties and contained notice that any objections were to be filed within thirty (30) days of the date of service of the order.

On March 15, 2005, Petitioner filed timely objections to the F&R. Doc. 43. Petitioner's objection does not address his right to legal materials, but instead discusses the merits of his underlying habeas petition. With respect to his motion for library access, Petitioner's objection adds no additional arguments.

1 In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), the court has conducted a de novo review of the case. Petitioner argues that (1) the two hours per week of library time at CSP-Corcoran (where he is held) is insufficient and (2) that the library within the prison is inadequate as the books are outdated. The Magistrate Judge is correct in stating that Petitioner's assertions are more raised in a Section 1983 claim than a habeas petition for wrongful imprisonment. Petitioner does not allege that the prison prevented him from bringing a proper suit. Aside from providing reasonable access to the courts, prisons are not required to ensure that prisoners can "litigate effectively," even in habeas corpus proceedings. <u>Lewis v. Casey</u>, 518 U.S. 343, 354 (1996). Having carefully reviewed the entire file, the court concludes that the F&R is supported by the record and proper analysis. Accordingly, Petitioner's motion for access to the law library is DENIED.

IT IS SO ORDERED.

**Dated:   April 21, 2005**              **/s/ Anthony W. Ishii**
0m8i78                                           UNITED STATES DISTRICT JUDGE