UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES E. SMITH aka TAHEE ABD RASHEED,<br><br>    Petitioner,<br><br>v.<br><br>SCRIBNER,<br><br>    Respondent. | CIV F 04-5352 AWI DLB HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR A FREE COPY OF THE RECORD<br><br>(DOCUMENT #33) |

Petitioner is a prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 13, 2005, petitioner filed a motion for a free copy of the record on file in this action. Petitioner cites as authority the statute which provides:

> <u>Indigent petitioner entitled to documents without cost</u>. If on any application for a writ of habeas corpus an order has been made permitting the petitioner to prosecute the application in forma pauperis, the clerk of any court of the United States shall furnish to the petitioner ***without cost*** certified copies of such documents or parts of the record on file in his office as may be required ***by order of the judge*** before whom the application is pending (emphasis added). <u>See</u> 28 U.S.C. § 2250.

The clerk does not ordinarily provide free copies of documents to parties. The clerk charges $.50 per page for copies of documents, plus $9.00 per document for certification. <u>See</u> 28 U.S.C. § 1914(a). Copies up to 20 pages may be made by the clerk's office at this court upon request and prepayment of the copy fees.

The fact that the court has granted leave for petitioner to proceed in forma pauperis does not

entitle him to free copies of documents from the court.  Under 28 U.S.C. § 2250, the clerk is not required to furnish copies without cost to an indigent petitioner except ***by order of the judge***.  In this action, the judge has not issued an order directing the clerk to provide copies to petitioner.  Therefore, petitioner is not entitled to free copies at this time.  Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a free copy of the record is DENIED.

IT IS SO ORDERED.

**Dated:   June 1, 2005**           /s/ Dennis L. Beck
ah0l4d                                     UNITED STATES MAGISTRATE JUDGE